FILED
NOV 1 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF THE
ADMINISTRATIVE INSPECTION OF

Case No. 2:05mj136-W

Covington Family Pharmacy
1500 Antioch Road
Andalusia, Alabama 36420

The undersigned, being duly sworn, deposes and says:

That the affiant, Debra D. Watts, is a duly appointed Diversion Investigator of the Drug Enforcement Administration, United States Department of Justice, assigned to the Birmingham, Alabama Resident Office.

That pursuant to Sections 878(2) and 880(b)(1), (2), and (3), Title 21, United States Code (U.S.C.), and Section 3, Appendix to Subpart R. Title 28, Code of Federal Regulations (CFR), your affiant is authorized to execute administrative inspection warrants for the purpose of inspecting controlled premises of persons and firms registered under the Controlled Substances Act (CSA) (21 U.S.C. 800 et seq in order to inspect, copy and verify the correctness of all records, reports and other documents required to be kept or made under Section 827, Title 21, U.S.C. and Section 1304.01 et seq. Title 21, CFR.

That pursuant to section 880(d)(1), "'probable cause' means a valid public interest in the effective enforcement of this subchapter or regulations thereunder sufficient to justify administrative inspections of the area premises, building, or conveyance, or contents thereof."

That Covington Family Pharmacy is registered under the provisions of the CSA, Title 21, U.S.C., Section 823 et seq., as a retail pharmacy and has been assigned DEA registration number BC9452385 in Schedules 2, 3, 3N, 4 and 5, and is doing business at 1500 Antioch Road, Andalusia, Alabama 36420. That said place of business is a controlled premise within the meaning of Section 880(a), Title 21, U.S.C. and Section 1316.02(c), Title 21, CFR.

That Covington Family Pharmacy is required to keep complete and accurate records of all controlled substances received, sold, delivered or otherwise disposed of by him pursuant to 21 U.S.C. 827 and 21 CFR 1304.01 et seq. on the controlled premises.

That the affiant has examined the files and records of the Drug Enforcement Administration and has determined that Covington Family Pharmacy has never been inspected by DEA and excessive purchases of controlled substances have

been reported to the DEA.  The affiant further represents that the need for the inspection of Covington Family Pharmacy and the need for verifying the correctness of inventories, records, reports, and other documents required to be kept under the CSA and the need for verifying the security provisions utilized by result from a valid public interest in the effective enforcement of the CSA and implementing regulations.

The affiant further states that the inspection will be conducted within regular business hours, and that the Investigator's credentials will be presented to the registrant, and that the inspection will begin as soon as practicable after the issuance of the warrant and will be completed with reasonable promptness and that the warrant will be returned within ten (10) days.

The affiant further states that the inspection will extend to the inspection and copying of inventories, records, reports, (prescriptions), order forms, invoices, and other documents required to be kept and the inspection of all other things therein including records, files, and papers appropriate for the verification of the records, reports, and documents required to be kept under the CSA. The inspection will also extend to the inspection and inventory of stocks of controlled substances, finished or unfinished substances and pertinent equipment associated with the storage and handling of controlled substances, and if necessary and applicable records and/or samples of controlled substances will be seized.

The affiant will be accompanied by one or more Investigators who are employees of the Attorney General authorized to conduct administrative inspections.
A return will be made to this District Court upon the completion of the inspection. The affiant further states that he/she has verified and has knowledge of the facts alleged in this affidavit, and that they are true to the best of his/her knowledge.

_____
Debra D. Watts
Diversion Investigator
Drug Enforcement Administration

Sworn to before me and subscribed in my presence on this ___24th___ day of ___October___, 2005.

_____
United States Magistrate Judge